IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Ortell Sr, Reed A | Case Number: 06 B 05918 |
| --- | --- | --- |
| | Ortell, Susan K | Judge: Hollis, Pamela S |
| | Printed: 6/10/08 | Filed: 5/23/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: April 8, 2008
Confirmed: August 28, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
| --- | --- | --- |
| | 15,200.00 | |
| Secured: | | 6,092.80 |
| Unsecured: | | 6,931.09 |
| Priority: | | 0.00 |
| Administrative: | | 1,374.00 |
| Trustee Fee: | | 781.31 |
| Other Funds: | | 20.80 |
| Totals: | 15,200.00 | 15,200.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
| --- | --- | --- | --- | --- |
| 1. | Joseph Cardinal | Administrative | 1,374.00 | 1,374.00 |
| 2. | CitiFinancial | Secured | 7,197.96 | 6,092.80 |
| 3. | Discover Financial Services | Unsecured | 4,581.53 | 887.71 |
| 4. | Carson Pirie Scott & Co | Unsecured | 382.88 | 66.13 |
| 5. | ECast Settlement Corp | Unsecured | 4,312.32 | 835.56 |
| 6. | Kohl's/Kohl's Dept Stores | Unsecured | 1,143.00 | 221.46 |
| 7. | Discover Financial Services | Unsecured | 5,350.85 | 1,036.78 |
| 8. | ECast Settlement Corp | Unsecured | 4,306.67 | 834.44 |
| 9. | ECast Settlement Corp | Unsecured | 1,590.33 | 308.15 |
| 10. | ECast Settlement Corp | Unsecured | 1,476.36 | 286.10 |
| 11. | Resurgent Capital Services | Unsecured | 180.98 | 31.26 |
| 12. | Chase Bank | Unsecured | 792.16 | 153.47 |
| 13. | Resurgent Capital Services | Unsecured | 5,744.95 | 1,113.14 |
| 14. | Capital One | Unsecured | 380.09 | 65.64 |
| 15. | ECast Settlement Corp | Unsecured | 5,631.89 | 1,091.25 |
| 16. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 17. | Exxon Mobil | Unsecured | | No Claim Filed |
| 18. | Home Depot | Unsecured | | No Claim Filed |
| 19. | Sears Consumer Finance | Unsecured | | No Claim Filed |
| 20. | CitiFinancial | Unsecured | | No Claim Filed |
| | | | $ 44,445.97 | $ 14,397.89 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| 4.8% | 307.20 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ortell Sr, Reed A  
Ortell, Susan K  
Printed: 6/10/08

Case Number: 06 B 05918  
Judge: Hollis, Pamela S  
Filed: 5/23/06

5.4%   474.11
_____
$ 781.31

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

